AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00334 |
| | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| | ) | Assign Date: 12/1/2023 |
| MIKAIL WILLIAMS | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MIKAIL WILLIAMS                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 12/01/2023

*Issuing officer's signature*

City and state: Washington, DC

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/05/2023, and the person was arrested on *(date)* 12/05/2023
at *(city and state)* Washington D.C.

Date: 12/05/23

*Arresting officer's signature*

Kenneth Keh DUSM
*Printed name and title*